# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1321**
**CA 14-00904**
PRESENT: SCUDDER, P.J., PERADOTTO, CARNI, LINDLEY, AND SCONIERS, JJ.

NEIL LOVELESS AND PAULA MANNING,
PLAINTIFFS-APPELLANTS,

                              V                                        ORDER

PAUL KOENIG, DEFENDANT-RESPONDENT.

ROBERT J. LUNN, ROCHESTER, AND FRANK A. ALOI, FOR
PLAINTIFFS-APPELLANTS.

TADROS LAW OFFICE, P.C., SYRACUSE (SHADIA TADROS OF COUNSEL), FOR
DEFENDANT-RESPONDENT.

------------------------------------------------------------------------------------------------------

Appeal from a judgment of the Supreme Court, Wayne County (Dennis M. Kehoe, A.J.), entered August 19, 2013. The interlocutory judgment declared the rights of the parties with respect to certain real property.

It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  January 2, 2015                          Frances E. Cafarell
                                                   Clerk of the Court